IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RUSSELL SCHENCK and BETHANY PRIMROSE d/b/a INSOMNIAC ARTS,** | |
| **Plaintiffs** | Case No. Case No. 3:13-CV-0294 |
| vs. | Aleta A. Trauger<br>Judge |
| **CALE OROSZ and CASE DOODLE, LLC** | Juliet Griffin<br>Magistrate Judge |
| **Defendants** | |

## MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs hereby move this Court for an order continuing the Initial Case Management Conference on the grounds that Plaintiffs' counsel is scheduled to appear for a hearing in another court on 3 June, 2013.

s/James H. Harris III_____
James H. Harris III (BPR #2731)
Harris, Martin, Jones, P.A.
49 Music Square West, Suite 600
Nashville, TN 37203
615.321.5400
615.321.5469
j3@lawyer.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on the 12th day of April, 2013, I electronically filed a copy of the foregoing pleading. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. I have mailed a copy of the foregoing to all parties not indicated on the court's electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


s/James H. Harris III_____
James H. Harris III (BPR #2731)
Harris, Martin, Jones, P.A.
49 Music Square West, Suite 600
Nashville, TN 37203
615.321.5400
615.321.5469
j3@lawyer.com
*Attorney for Plaintiffs*