IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. ICMC reset for 6/17/13 at 1:45 p.m.
>
> /s/ Aleta A. Trauger

| | |
|---|---|
| RUSSELL SCHENCK and BETHANY PRIMROSE d/b/a INSOMNIAC ARTS,<br><br>    Plaintiffs<br><br>vs.<br><br>CALE OROSZ and CASE DOODLE, LLC<br><br>    Defendants | Case No. Case No. 3:13-CV-0294<br><br>Aleta A. Trauger<br>Judge<br><br>Juliet Griffin<br>Magistrate Judge |

### MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs hereby move this Court for an order continuing the Initial Case Management Conference on the grounds that Plaintiffs' counsel is scheduled to appear for a hearing in another court on 3 June, 2013.

s/James H. Harris III_____
James H. Harris III (BPR #2731)
Harris, Martin, Jones, P.A.
49 Music Square West, Suite 600
Nashville, TN 37203
615.321.5400
615.321.5469
j3@lawyer.com
*Attorney for Plaintiffs*