IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| RUSSELL SCHENCK and BETHANY PRIMROSE d/b/a INSOMNIAC ARTS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:13-cv-294 |
| v. | ) ) | Judge Trauger |
| CALE OROSZ and CASE DOODLE, LLC, | ) ) ) | Magistrate Judge Griffin |
| Defendants. | ) | |

**Defendants' Motion for Leave to File Their Reply Memorandum to Plaintiffs' Response to Defendants' Motion to Dismiss the Amended Complaint Pursuant to LR 7.01(b)**

Now come the Defendants CALE OROSZ and CASE DOODLE, LLC, and herby move for leave to file their Reply Memorandum to Plaintiffs' Response to Defendants' Motion to Dismiss to Plaintiffs' Amended Complaint pursuant to Local Rule 7.01(b).

.

Respectfully submitted,

Dated: July 9, 2013

    /s/ Christopher J. McGeehan
Christopher J. McGeehan (admitted *pro hac vice*)
McGeehan Technology Law, Ltd.
4128 N Clarendon Ave #220
Chicago, IL 60613
(872) 221-0970
chris@newidealaw.com

Local Counsel

Richard G. Sanders (Tenn. BPR No. 23875)
Aaron & Sanders, PLLC
11 Lea Ave., Suite 606
Nashville, TN 37210
(615) 734–1188
Fax (615) 250–9807
rick@aaronsanderslaw.com
docket@aaronsanderslaw.com
*Local Counsel for Defendants*