IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RUSSELL SCHENCK and
BETHANY PRIMROSE d/b/a
INSOMNIAC ARTS,

    Plaintiffs

vs.

CALE OROSZ and CASE DOODLE,
LLC

    Defendants

Case No. Case No. 3:13-CV-0294

Aleta A. Trauger
Judge

Juliet Griffin
Magistrate Judge

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiffs filed a Motion for Preliminary Injunction on 24 June 2013. (Mot. Prelim. Inj., ECF No. 33). Upon consideration of the motion and related documents, the Court finds that: (1) the plaintiffs have demonstrated a reasonable likelihood of success on the merits of copyright claims premised on copyrights for which they had received a registration certified on or before 2 April 2013, under both direct and indirect infringement theories, (2) the plaintiffs are entitled to a presumption of irreparable harm, and (3) upholding copyright protections serves the public interest.

    This Court therefore ORDERS that, pending a final resolution of this matter, (1) the defendants are restrained from contacting Hostgator in an effort to replace any url that contains a Graphic Design or Product Image registered as

of 2 April 2013, and (2) the defendants are restrained from infringing those copyrights online through any other ISP.

_____
Aleta Trauger, U.S. District Judge

Prepared for Entry:


s/ Anjlee Khurana
Anjlee Khurana (BPR #027350)
Harris, Martin, Jones, P.A.
49 Music Square West, Suite 600
Nashville, TN 37203
615.321.5400
615.321.5469
khurana.anjlee@gmail.com
*Attorney for Plaintiffs*