## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL SCHENCK, d/b/a Insomniac Arts, and BETHANY PRIMROSE, d/b/a Insomniac Arts, </br></br>  Plaintiffs, </br></br> v. </br></br> CALE OROSZ and CASE DOODLE, LLC, </br></br>  Defendants. | Civil No. 3:13-0294 </br> Judge Trauger |

### **O R D E R**

The plaintiffs have filed a Motion for Expansion of the Current Order Granting Motion For Preliminary Injunction (Docket No. 77), to which the defendants have responded (Docket No. 79). For the most part, the defendants do not object to the expansion of the preliminary injunction, and their one objection might be easily cured. It is therefore **ORDERED** that, by March 24, 2014, the parties shall file a revised expanded Preliminary Injunction, the wording for which they agree upon.

It is so **ORDERED**.

ENTER this 17th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge