UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL SCHENCK and BETHANY PRIMROSE d/b/a INSOMNIAC ARTS, ) ) ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:13-cv-00294 |
| v. ) | Judge Aleta A. Trauger |
| ) | Magistrate Judge Griffin |
| CALE OROSZ and CASE DOODLE, LLC, ) ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Contempt (Docket No. 114) and Motion for Summary Judgment (Docket No. 116) are **DENIED**. The parties shall serve or file supplemental submissions in accordance with the deadlines set forth in the Memorandum. The Order Setting Case for Trial (Docket No. 74) is hereby **VACATED** and the trial date is hereby **CONTINUED** pending further order of the court. All other case management deadlines, other than those set forth in the accompanying Memorandum, and hereby **CONTINUED** pending further order of the court.

It is so **ORDERED**.

Enter this 20th day of May 2015.

ALETA A. TRAUGER
United States District Judge

1